**FIRST DIVISION
BARNES, P. J.,
GOBEIL, J., and PIPKIN, J.**

**NOTICE: Motions for reconsideration must be
*physically received* in our clerk's office within ten
days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules**

**May 30, 2023**

# In the Court of Appeals of Georgia

A20A0987. STANLEY v. PATTERSON et al.

PIPKIN, Judge.

In *Stanley v. Patterson*, 357 Ga. App. XXVI (Case No. A20A0987) (Oct. 21, 2020) (unpublished), we affirmed the grant of a directed verdict in favor of Appellees on the basis of quasi-judicial immunity. The Supreme Court of Georgia granted certiorari review and, in *Stanley v. Patterson*, 314 Ga. 582 (878 SE2d 529) (2022), reversed our decision and directed this Court to remand this matter to the trial court to consider Appellees' claim of official immunity. Id. at 587 (3). Accordingly, we vacate our original decision, adopt the opinion of the Supreme Court of Georgia as our own, reverse the judgment of the trial court, and remand this case to the trial court for proceedings consistent with the opinion of the Supreme Court of Georgia.

*Judgment reversed and case remanded with directions. Barnes, P. J., and Gobeil, J., concur.*